461 A.2d 881

Penstan Supply v. Hay, et al.

Appeal of Construction Concepts and Henry M. Whitehead.

Petition for Allowance of Appeal Denied Sept. 21, 1983.

Argued February 23, 1983. George Gvozdich, Jr., for appellants; Randolph M. Wisnouse, for appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

Judgment affirmed.

463 A.2d 487

Quigley, et al. v. Trinsey, et al., Appellants.

Reconsideration Denied Aug. 23, 1983.

Petition for Allowance of Appeal Denied Feb. 8, 1984.

Argued June 8, 1982. John S. Trinsey, Jr., appellant, in propria persona; Franklin H. Spitzer, for appellees.

Before CAVANAUGH, BROSKY and WATKINS, JJ.

Order affirmed.